# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS

## UNITED STATES

v.

## Brian J. MAKSIN
### Health Services Technician First Class (E-6), U.S. Coast Guard

### CGCMS 24939
### Docket No. 1430

### 30 January 2017

Special Court-Martial convened by Commanding Officer, Coast Guard Recruiting Command. Tried at Seattle, Washington, on 15 April 2015.

| | |
|---|---|
| Military Judge: | LCDR Benedict S. Gullo, USCG |
| Trial Counsel: | LT Geralyn M. van de Krol, USCG |
| Assistant Trial Counsel: | LT Edward J. Quinn, USCG |
| Defense Counsel: | LT Alexandra Nica, JAGC, USN |
| Appellate Defense Counsel: | LT Philip A. Jones, USCGR |
| Appellate Government Counsel: | LT Lars T. Okmark, USCGR |

### BEFORE
### McCLELLAND, CLEMENS & BRUCE
Appellate Military Judges

Per curiam:

Appellant was tried by special court-martial, military judge alone. Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of one specification of dereliction of duty and one specification of failure to obey a lawful general order, both in violation of Article 92, Uniform Code of Military Justice (UCMJ); one specification of making false official statements, in violation of Article 107, UCMJ; and one specification of indecent language and one specification of wrongful interference with an administrative proceeding, both in violation of Article 134, UCMJ. The military judge sentenced Appellant to confinement for five months, reduction to E-1, and a bad-conduct discharge. The Convening Authority approved the sentence. The pretrial agreement had no effect on the sentence.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

## Decision

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,


Sarah P. Valdes
Clerk of the Court